# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Secretary of California Department of Corrections and Rehabilitation, et al.,<br><br>    Respondents. | Case No.: 1:19-cv-00976-LJO-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PETITIONER'S APPLICATION FOR RELEASE ON BAIL PENDING DETERMINATION OF PETITION<br><br>(Doc. 9) |

Petitioner filed a Petition for Writ of Habeas Corpus on July 3, 2019. (Doc. 1.) In the petition, Petitioner requested bail pending the determination of the petition. (Doc. 1 at 2.) The Court issued findings and recommendation to deny Petitioner's request for release on bail pending determination of the petition, providing the parties twenty-one days to file any objections to the recommendation. (Doc. 9.) In addition, the parties were "forewarned that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Doc. 9 at 2, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

1

Accordingly, the Court orders as follows:

1. The findings and recommendation dated September 24, 2019 (Doc. 9) is adopted in full; and
2. Petitioner's request for release on bail pending determination of the petition is denied.

IT IS SO ORDERED.

Dated: **November 6, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE