# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON, | Case No.: 1:19-cv-00976-LJO-JLT (HC) |
| Petitioner, | ORDER DENYING MISCELLANEOUS MOTION AS MOOT |
| v. | |
| SCOTT KERNAN, et al., | (Doc. 16) |
| Respondents. | |

Petitioner filed a miscellaneous motion for court order. (Doc. 16.) However, the case was closed on December 4, 2019. (Docs. 14, 15.) Additionally, Petitioner's request for release on bail was previously denied. (Doc. 12.) Therefore, Petitioner's motion is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 16, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1