# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>          Petitioner,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>          Respondents. | Case No.: 1:19-cv-00976-LJO-JLT (HC)<br><br>ORDER DENYING PETITIONER'S MISCELLANEOUS MOTIONS AS MOOT<br><br>(Docs. 22, 23) |

On November 12, 2019, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed for failure to comply with court orders and failure to prosecute. (Doc. 13.) On December 4, 2019, the Court adopted the findings and recommendations in full. (Doc. 14.) Petitioner appealed to the Ninth Circuit, and on April 8, 2020, the appeal was dismissed for failure to prosecute. (Docs. 18, 21.) Petitioner filed two miscellaneous motions on May 18, 2020 and May 21, 2020. (Docs. 22, 23.) However, the case was terminated, and the appeal was dismissed. Accordingly, Petitioner's motions are now moot, and no further filings will be entertained in this case.

IT IS SO ORDERED.

Dated:   **June 26, 2020**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE