UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT KERNAN, et al.,<br><br>        Respondents. | Case No.: 1:19-cv-00976-LJO-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S MISCELLANEOUS MOTION<br><br>(Doc. 25) |

On December 4, 2019, the Court dismissed this case due to the Petitioner's failure to comply with court orders and to prosecute the action. (Doc. 14.) Petitioner appealed to the Ninth Circuit, and on April 8, 2020, the appeal was dismissed for failure to prosecute. (Docs. 18, 21.) Petitioner filed a miscellaneous motion on October 7, 2020. (Doc. 25.) However, this case is closed. Petitioner is again advised that no further filings will be entertained in this case. (Doc. 24.) Therefore, Petitioner's motion is **DISREGARDED <u>no further filings will be accepted in this case.</u>**

IT IS SO ORDERED.

    Dated:   **October 13, 2020**                    **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE