1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10

| | |
|---|---|
| DERRICK L. JOHNSON, | ) Case No.: 1:19-cv-00976-LJO-JLT (HC) |
| Petitioner, | ) ORDER DISREGARDING PETITIONER'S |
| v. | ) MISCELLANEOUS MOTION |
| SCOTT KERNAN, et al., | ) (Doc. 27) |
| Respondents. | ) |

11
12
13
14
15
16

On December 4, 2019, the Court dismissed this case due to the Petitioner's failure to comply with court orders and to prosecute the action. (Doc. 14.) Petitioner appealed to the Ninth Circuit, and on April 8, 2020, the appeal was dismissed for failure to prosecute. (Docs. 18, 21.) Petitioner again filed a miscellaneous motion on December 3, 2020. (Doc. 27.) However, this case is closed. Petitioner is again advised that no further filings will be entertained in this case. (Doc. 26.) Therefore, Petitioner's motion is **DISREGARDED**, and **no further filings will be accepted in this case.**

17
18
19
20
21
22
23

IT IS SO ORDERED.

24

Dated: __**December 7, 2020**__                    _____**/s/ Jennifer L. Thurston**__
                                                            UNITED STATES MAGISTRATE JUDGE

25
26
27
28