# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON, | Case No.: 1:19-cv-00976-LJO-JLT (HC) |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MISCELLANEOUS MOTION |
| v. | |
| SCOTT KERNAN, et al., | (Doc. 30) |
| Respondents. | |

On December 4, 2019, the Court dismissed this case due to the Petitioner's failure to comply with court orders and to prosecute the action. (Doc. 14.) Petitioner appealed to the Ninth Circuit, and on April 8, 2020, the appeal was dismissed for failure to prosecute. (Docs. 18, 21.) After filing other miscellaneous motions, Petitioner has again filed a miscellaneous motion on January 4, 2021. (Doc. 30.) However, this case is closed. Petitioner is again advised that no further filings will be entertained in this case. (Docs. 26, 29.) Therefore, Petitioner's motion is **DISREGARDED**, and **no further filings will be accepted in this case.**

IT IS SO ORDERED.

Dated:  **January 6, 2021**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE