# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Respondents. | Case No.: 1:19-cv-00976-LJO-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S MISCELLANEOUS FILING<br><br>(Doc. 32) |

　　　On December 4, 2019, the Court dismissed this case due to the Petitioner's failure to comply with court orders and to prosecute the action. (Doc. 14.) Petitioner appealed to the Ninth Circuit, and on April 8, 2020, the appeal was dismissed for failure to prosecute. (Docs. 18, 21.) Petitioner filed a miscellaneous filing on January 21, 2021 (Doc. 32), however, this case is closed. Petitioner is again advised that no further filings will be entertained in this case. (Docs. 26, 29, 31.) Therefore, Petitioner's filing is **DISREGARDED**, and **no further filings will be accepted in this case.**

IT IS SO ORDERED.

　　Dated:　**January 29, 2021**　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE